# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Metropolitan Government of Nashville and

**v.**

U.S. Dep't of Homeland Security, et al.

**Case No:** 26-5368

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Metropolitan Government of Nashville and Day | Travis County, Texas |
| Harris County, Texas | |
| City of Columbus, Ohio | |
| El Paso County, Texas | |

### Counsel Information

Lead Counsel: Daniel Jacobson

Direct Phone: ( 301 ) 823-1148 Fax: ( ) - Email: dan@jacobsonlawyersgroup.com

2nd Counsel: Stephen K. Wirth

Direct Phone: ( 301 ) 823-1148 Fax: ( ) - Email: stephen@jacobsonlawyersgroup.com

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: Jacobson Lawyers Group, PLLC

Firm Address: 5100 Wisconsin Ave. NW, Ste. 301, Washington DC 20016

Firm Phone: ( 301 ) 823-1148 Fax: ( ) - Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)