# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Metro. Gov't of Nashville and Davidson Cn

v.

U.S. Dep't of Homeland Security, et al.

**Case No:** 26-5368

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as (●) Retained ( ) Pro Bono ( ) Appointed (CJA/FPD) ( ) Gov't counsel

for the ( ) Appellant(s)/Petitioner(s) (●) Appellee(s)/Respondent(s) ( ) Intervenor(s) ( ) Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Metro. Gov't of Nashville & Davidson Cnty, TN
Harris County, Texas
City of Columbus, Ohio
El Paso County, Texas
Travis County, Texas

### Counsel Information

Lead Counsel: Toby Merrill* (*not admitted in CA)

Direct Phone: ( 510 ) 738-6788 Fax: ( ) - Email: toby.merrill@publicrightsproject.org

2nd Counsel: Joshua Karsh* (*not admitted in CA)

Direct Phone: ( 510 ) 738-6788 Fax: ( ) - Email: joshua.karsh@publicrightsproject.org

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: Public Rights Project

Firm Address: 490 43rd Street, Unit #115, Oakland, CA 94609

Firm Phone: ( 510 ) 738-6788 Fax: ( ) - Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

Save Reset Form Print Form