# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Metro. Gov't of Nashville & Davidson Cnty., et al.

**v.**

U.S. Dep't of Homeland Security, et al.

**Case No:** 26-5368

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Metropolitan Government of Nashville & Davidson County, Tennessee

### Counsel Information

Lead Counsel: John K. Whitaker

Direct Phone: (615) 880-3767 Fax: (615) 862-6352 Email: john.whitaker@nashville.gov

2nd Counsel:

Direct Phone: ( ) Fax: ( ) Email:

3rd Counsel:

Direct Phone: ( ) Fax: ( ) Email:

Firm Name: Metropolitan Government of Nashville and Davidson County, Tennessee

Firm Address: 108 Metropolitan Courthouse / P.O. Box 196300, Nashville, TN 37219-6300

Firm Phone: (615) 862-6341 Fax: (615) 862-6352 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.