# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Metro. Gov't of Nashville, et al.

**v.**

U.S. Dep't of Homeland Security, et al.

**Case No:** 26-5368

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ◉ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Metro. Gov't of Nashville & Davidson Cnty, TN

City of Columbus, Ohio

Harris County, Texas

### Counsel Information

Lead Counsel: Eliza Sweren-Becker

Direct Phone: ( 646 ) 925-8765 Fax: ( ) - Email: sweren-beckere@brennan.law.nyu.edu

2nd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: Brennan Center for Justice

Firm Address: 120 Broadway, Suite 1750, New York, NY 10271

Firm Phone: ( 646 ) 292-8310 Fax: ( 646 ) 925-8753 Email: brennancenter@nyu.edu

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)