**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTIES, TENNESSEE, et al.<br>*Plaintiffs-Appellees*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br>*Defendants-Appellants*. | No. 26-5368 |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

### A. Parties and Amici

Defendants-Appellants are the U.S. Department of Homeland Security; the U.S. Federal Emergency Management Agency (FEMA); Markwayne Mullin, in his official capacity as Secretary of Homeland Security; and Cameron Hamilton, in his official capacity as the

Administrator of FEMA. Plaintiffs-Appellees are the Metropolitan Government of Nashville and Davidson County, Tennessee; Harris County, Texas; City of Columbus, Ohio; El Paso County, Texas; Dallas County, Texas; and Travis County, Texas.

Amici in this Court include the State of Illinois; State of California; State of Arizona; State of Colorado; State of Connecticut; State of Delaware; District of Columbia; State of Hawaii; State of Maine; State of Maryland; State of Massachusetts; State of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of North Carolina; State of Oregon; State of Rhode Island; State of Vermont; State of Virginia; State of Washington; State of Wisconsin; and the Governor of Kentucky. There were no intervenors or amici in district court.

**B. Rulings Under Review**

The rulings under review (issued by Judge Amir H. Ali) are the memorandum opinion and order filed on September 28, 2026.

**C. Related Cases**

There are no related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Respectfully submitted,

*/s/ John Bailey*

JOHN BAILEY
*Counsel to the Assistant Attorney General*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W.*
*Washington, D.C. 20530*
*(202) 514-6993*

NOVEMBER 2026

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ John Bailey*
John Bailey