**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTIES, TENNESSEE, et al.
*Plaintiffs-Appellees*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,
*Defendants-Appellants*.

No. 26-5368

## PRELIMINARY STATEMENT OF ISSUES TO BE RAISED

Potential issues for consideration on appeal include:

Whether the district court improperly precluded the Federal Emergency Management Agency (FEMA) from withholding a portion of Homeland Security Grant Program funds from recipients who had not adopted certain election-security measures that FEMA concluded were vital, where FEMA has broad statutory discretion to identify potential

threats from hostile actors and to allocate funds in the way that FEMA considers maximally effective to combat those threats.

Respectfully submitted,

*/s/ John Bailey*

JOHN BAILEY
*Counsel to the Assistant Attorney General*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W.*
*Washington, D.C. 20530*
*(202) 514-6993*

NOVEMBER 2026

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ John Bailey*
John Bailey